# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TRUFUND FINANCIAL SERVICES, INC.

VERSUS

CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE

NO.  2024 CW 0088

**MAY 10, 2024**

---

In Re:    City of Baton Rouge/Parish of East Baton Rouge, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 645210.

---

BEFORE:    MCCLENDON, HESTER, AND MILLER, JJ.

**STAY DENIED.**

PMc
CHH
SMM

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT